**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/ Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: ) ) ) | |
| TINA PERRY ) ) | C.A. NO. _____ |
| V. ) ) | (Related Case No. 2:04-cv-20100-HB) |
| WYETH ) ) | |

PLAINTIFF'S SEVERED AND AMENDED COMPLAINT

Pursuant to the provisions of Pretrial Order No. 4575, plaintiff files this Severed and Amended Complaint in the above matter and alleges the following:

A. PARTIES

1. Plaintiff, Tina Perry, (hereinafter the "Diet Drug Recipient-Plaintiff"), is an individual and a citizen of the State of Missouri, residing at 229 County Lane 174, Joplin, MO 64804.

2. Upon information and belief, during at least the time period below the Diet Drug Recipient-Plaintiff ingested the following drug products that were marketed, distributed, and sold by defendant, Wyeth:

Pondimin (Fenfluramine):    From 10/24/1996 to 8/13/1997

3. Defendant, Wyeth, is a corporation organized and existing under and by virtue of the laws of the State of Delaware, with its principal place of business in Madison, New Jersey. Wyeth is the successor, by change of name, to American Home Products Corporation.

4.      Plaintiff does not bring this action against the manufacturer or seller of any Phentermine products.

5.      This Court's jurisdiction over the subject matter of this action is contested, but the Court has already determined that it has removal jurisdiction over this action, pursuant to 28 U.S.C. § 1441.

B.      CAUSES OF ACTION

6.      Plaintiff seeks damages against the above named defendant based upon the following theories of liability, and asserts each element necessary to establish such a claim under the applicable substantive law:  Negligence; and Liability under § 402b of the RESTATEMENT OF TORTS (SECOND); and Strict Liability in Tort.

C.      CAUSATION, INJURY AND DAMAGE

7.      As a direct and proximate result of defendant's culpable actions in the marketing, distribution, and sale of the Diet Drugs described above, the Diet Drug Recipient-Plaintiff sustained the following injuries:  Injury to the mitral valve.

8.      As a direct and proximate result of the injuries described in the preceding paragraph, the Diet Drug Recipient-Plaintiff has in the past suffered and/or will in the future suffer the following compensable damages:  pain and suffering; loss of the pleasure of life; loss of earnings and/or impairment of earning capacity; expenses for medical care, treatment, and rehabilitation; physical pain and mental anguish in the past and future; disfigurement in the past and future; worry and anxiety; and all hedonic damages allowed by law.

WHEREFORE, Plaintiff respectfully prays that the Court enter judgment in his/her favor and against defendant for damages, costs of suit and such other, further and different relief as may be just and appropriate.

Respectfully submitted,

FLEMING & ASSOCIATES, L.L.P.

_____
Rand P. Nolen*
Texas Bar No. 00788126
George M. Fleming
Texas Bar No. 07123000
1330 Post Oak Boulevard, Suite 3030
Houston, Texas 77056
Telephone (713) 621-7944
Fax (713) 621-9638

COUNSEL FOR PLAINTIFF

OF COUNSEL:

MIKE O'BRIEN, P.C.
Mike O'Brien (TX BN 15170200)
1330 Post Oak Blvd., Suite 2960
Houston, Texas 77056
Telephone (713) 222-0088
Fax (713) 222-0888


\*        Signed with permission

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF TINA PERRY'S SEVERED AND AMENDED COMPLAINT has been filed via certified mail, return receipt requested, and service on all attorneys accomplished as set forth below on May 6, 2005:

Via Certified Mail, RRR:

    Peter L. Zimroth
    ARNOLD & PORTER LLP
    399 Park Avenue
    New York, NY 10022-4690

    Robert D. Rosenbaum
    ARNOLD & PORTER LLP
    555 Twelfth St., N.W.
    Washington, DC 20004

    Stephen M. Brooks
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    999 Peachtree Street, NE
    Atlanta, GA  30309
    Attorneys for Wyeth

<u>Via First-Class Mail</u>

Gregory P. Miller
MILLER, ALFANO & RASPANTI
1818 Market, Suite 3402
Philadelphia, PA 19103
Fax 215-988-1478 or 215-981-0082
gmiller@mar-law.com
Special Discovery Master

Arnold Levin
LEVIN, FISHBEIN, SEDRAN AND BERMAN
510 Walnut, Suite 500
Philadelphia, PA 19106
Fax 215-592-4663
alevin@lfsblaw.com
Co-Chair of Plaintiffs' Management Committee

John J. Cummings, III
CUMMINGS, CUMMINGS & DUDENHEFER
416 Gravier
New Orleans, LA 70130
Fax 504-522-8423
ccdlawfirm@aol.com
Co-Chair of Plaintiffs' Management Committee

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS, CHESLEY CO., LPA
1513 Central Trust Tower
Cincinnati, OH 45202
Fax 513-621-0262
stanchesley@wsbclaw.com
Co-Chair of Plaintiffs' Management Committee

Deborah A. Hyland
PLAINTIFFS' MANAGEMENT COMMITTEE
325 Chestnut, Suite 200
Philadelphia, PA 19106
Fax 215-629-3998
Co-Chair of Plaintiffs' Management Committee

Michael T. Scott
Paul B. Kerrigan
Reed Smith, L.L.P.
1650 Market Street, Suite 2500
Philadelphia, PA  19103
Fax 215-851-1420
mscott@reedsmith.com
pkerrigan@reedsmith.com
Liaison Counsel for Fenfluramine and Dexfenfluramine Defendants

Edward W. Madeira, Jr.
Pepper Hamilton, L.L.P.
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Fax 215-981-4750
madeirae@pepperlaw.com
Liaison Counsel for Phentermine Manufacturers and Suppliers

Edward S. Weltman
Goodwin Procter, L.L.P.
599 Lexington Avenue
New York, NY  10022
Fax 212-355-3333
eweltman@goodwinprocter.com
Co-Lead Counsel for Phentermine Defendants

Peter L. Resnik
McDermott, Will & Emery
28 State, 34th Floor
Boston, MA 02109-1775
Fax 617-535-3800
presnik@mwe.com
Co-Lead Counsel for Phentermine Defendants

_____
Rand P. Nolen*

\*        Signed with permission